IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VANG XIONG,

           Plaintiff,

   v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

           Defendant.

ORDER

17-cv-71-wmc

Pursuant to a joint motion for remand (dkt. #12) filed by the parties on July 6, 2017, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. Specifically on remand, the ALJ will reconsider the evidence and reassess plaintiff's residual functional capacity. If warranted, the ALJ will obtain supplemental vocational expert testimony. The clerk of court is directed to enter judgment accordingly.

Entered this 10th day of July, 2017.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge